# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PN II, Inc., <br><br> Plaintiff, <br><br> v. <br><br> National Fire & Marine Insurance Co., et al., <br><br> Defendants. | Case No. 2:20-cv-01383-GMN-BNW <br><br> **ORDER** |

The United States Postal Service was unable to deliver a recent notice of this Court to attorney Mark R. VonderHaar, who currently serves as counsel for thirdparty defendant Contractors Insurance Company of North America, Inc. (*See* ECF No. 23.) Thus, it appears that counsel is no longer at the address on file with the court. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Mr. VonderHaar must file a notice with his current address with the Court by February 2, 2021. Failure to comply with this order will result in a recommendation to the district judge that this case be dismissed.

IT IS SO ORDERED.

DATED: January 19, 2021.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE