Scott S. Thomas, Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia, Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
T: (702) 851-0300 | F: (702) 851-0315
*Attorneys for Plaintiff/Counter-Defendant*
*PN II, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-01383-ART-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO NATIONAL FIRE & MARINE INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER AND SETTING DEADLINE FOR NATIONAL FIRE'S REPLY BRIEF (ECF No. 57)**<br><br>**(Second Request)** |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>    Counter-Claimant,<br><br>v.<br><br>PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>    Counter-Defendant. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation; CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA, INC., a Hawaii corporation,<br><br>    Third-Party Defendants. | |

PLAINTIFF PN II, Inc. dba Pulte Homes and/or Del Webb ("Pulte") and Defendant National Fire & Marine Insurance Company ("NF&M"), by and through their respective attorneys of record, hereby STIPULATE and agree, subject to this Court's approval, to extend the date for Pulte to file an Opposition to NF&M's Motion for Protective Order Regarding Pulte's Deposition Subpoena and Motion to Quash Regarding Pulte's Document Subpoena to Martin L. Shives (ECF No. 57), currently due on October 31, 2022, to November 7, 2022. National Fire's Reply in Support of its Motion shall by be filed by November 15, 2022. This is the second request for an extension of time to file the opposition to NF&M's Motion and Reply thereto.

Counsel for Pulte requested the brief extension because counsel for Pulte has briefs due in other cases on November 1 and November 2, 2022, three depositions in other cases scheduled for November 1, 2022, and November 4, 2022, and a mediation scheduled for November 3, 2022. In light of these deadlines, Pulte's counsel needs additional time to complete the opposition brief. NF&M requested an extension to file its Reply brief to November 15, 2022, in order to account for the one-week delay in the filing of Pulte's brief.

There have been no prior extensions of these deadlines. Counsel filed a stipulation to continue these deadlines before the deadline expired on October 31, 2022 (ECF No. 61). However, the Court denied the stipulation due to the parties' failure to comply with LR IA 6-1. (ECF No. 62). The parties are now re-filing the stipulation to include the information required by LR IA 6-1.

IT IS SO STIPULATED.

| Dated: November 2, 2022 | Dated: November 2, 2022 |
|---|---|
| PAYNE & FEARS LLP | NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP |
| By: */s/ Sarah J. Odia*<br>Sarah J. Odia, Esq.<br>Scott S. Thomas, Esq.<br>6385 S. Rainbow Blvd, Suite 220<br>Las Vegas, NV 89118 | By: */s/ Dawn A. Hove*<br>Jeffrey N. Labovitch<br>Dawn A. Hove<br>Timothy P. Kitt<br>4250 Executive Square, Suite 540<br>La Jolla, CA 92037-1482 |
| Attorneys for Plaintiff PN II, Inc. dba Pulte Homes and/or Del Webb | Attorneys for Defendant National Fire & Marine Insurance Company |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

-2-

Dated: November 2, 2022

LEE, LANDRUM & INGLE

By: ___/s/ Mark R. VonderHaar___
    Natasha A. Landrum
    7575 Vegas Drive, Ste. 150
    Las Vegas, Nevada 89128

Mark R. VonderHaar
Natasha A. Landrum
MRV LAW, INC.
2442 4th Avenue, Suite 100
San Diego, California 92101

Attorneys for Third-Party Defendant
Contractors Insurance Company of North
America, Inc.

## ORDER

IT IS SO ORDERED. Plaintiff Pulte has until November 7, 2022, to file an Opposition to NF&M's Motion for Protective Order Regarding Pulte's Deposition Subpoena and Motion to Quash Regarding Pulte's Document Subpoena to Martin L. Shives and NF&M has until November 15, 2022 to file its Reply brief. (ECF No. 57.)

DATED: November 3, 2022

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2022, a true and correct copy of **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO NATIONAL FIRE & MARINE INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER AND SETTING DEADLINE FOR NATIONAL FIRE'S REPLY BRIEF (ECF No. 57) (2nd Request)** using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Natasha A. Landrum<br>LEE, LANDRUM & INGLE<br>7575 Vegas Drive, Ste. 150<br>Las Vegas, Nevada 89128<br>Tel: (702) 880-9750 \| Fax: (702) 314-1210<br>nlandrum@lee-lawfirm.com | Attorneys for Third-Party Defendant CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA |
| Mark R. VonderHaar<br>Natasha A. Landrum<br>MRV LAW, INC.<br>2442 4th Avenue, Suite 100<br>San Diego, California 92101<br>Tel: (619) 717-8503 \| Fax: (619) 717-6379<br>mvonderhaar@mrvpc.com | |
| Martin L. Shives<br>SHIVES & ASSOCIATES LIMITED<br>1180 Rosecrans St., Ste. 220<br>San Diego, CA 92106-2660<br>Tel: (702) 562-8188 \| Fax: (702) 947-4696<br>martinshives@summers-shives.com | Attorneys for Defendant NATIONAL FIRE & MARINE INSURANCE COMPANY |
| Thomas Friedman<br>BROWN, BONN & FRIEDMAN, LLP<br>5528 South Fort Apache Road<br>Las Vegas, Nevada 89148<br>Tel: (702) 942-3900 \| Fax: (702) 942-3901<br>tfriedman@brownbonn.com | |
| Jeffrey N. Labovitch<br>Dawn A. Hove<br>Timothy P. Kitt<br>Nicolaides Fink Thorpe Michaelides Sullivan LLP<br>4250 Executive Square, Suite 540<br>La Jolla, CA 92037-1482<br>Tel: (858) 257-0700 \| Fax: (858) 257-0701<br>jlabovitch@nicolaidesllp.com<br>dhove@nicolaidesllp.com<br>tkitt@nicolaidesllp.com | |

*/s/ Jennifer Stephens*
Jennifer Stephens, an Employee of
PAYNE & FEARS LLP