JEFFREY N. LABOVITCH (SBN: 10915)
jlabovitch@nicolaidesllp.com
DAWN A. HOVE (*admitted pro hac vice*)
dhove@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
4250 Executive Square, Suite 540
La Jolla, CA 92037-1482
Telephone:   (858) 257-0700
Facsimile:    (858) 257-0701

MARTIN L. SHIVES (SBN:  7910)
martinshives@summers-shives.com
SHIVES & ASSOCIATES LIMITED
7473 West Mead Blvd., Suite 100
Las Vegas, NV  89128
Telephone:   (702) 562-8188
Facsimile:    (702) 947-4696

THOMAS FRIEDMAN (SBN: 7708)
tfriedman@brownbonn.com
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, Nevada 89148
Telephone:   (702) 942-3900
Facsimile:    (702) 942-3901

Attorneys for Defendant,
Counterclaimant and Third-Party Plaintiff
NATIONAL FIRE & MARINE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>             Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No. 2:20-cv-01383-ART-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCLOSURE DATE**<br><br>**(First Request)**<br><br>Complaint filed:   July 24, 2020<br>Trial Date:            Not set |

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company, | |
| Counter-Claimant, | |
| v. | |
| PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation, | |
| Counter-Defendant. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company, | |
| Third-Party Plaintiff, | |
| v. | |
| PN II, dba PULTE HOMES and/or DEL WEBB, a Nevada corporation; CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA, INC., a Hawaii corporation, | |
| Third-Party Defendants. | |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant/Counter-Claimant/Third-Party Plaintiff National Fire & Marine Insurance Company ("National Fire"), Plaintiffs/Counter-Defendants PN II, Inc. dba Pulte Homes and Del Webb (Collectively "Pulte"), and Third-Party Defendant Contactors Insurance Company of North America ("CICNA"), by and through their respective counsel of record, hereby STIPULATE and agree, subject to this Court's approval, to extend and continue the expert reporting date from December 9, 2022 to December 16, 2022. This is the first request for an extension specific to extend the initial expert disclosure date.

The parties continue to pursue discovery diligently and require additional time for the initial expert disclosure. The parties agreed to continue the current expert reporting

date by seven (7) days to December 16, 2022, so that it follows the December 13, 2022 hearing regarding National Fire's pending motion to continue all discovery deadlines (ECF No. 59) and pending motions for protective order regarding the depositions of Martin Shives (ECF No. 57) and Scott Thomas (ECF No. 67). If the Court grants the motion to continue discovery or the motions for protective order, the parties will set new expert disclosure dates; if not, the parties will move forward with the initial expert disclosure date of December 16, 2022 granted by this stipulation.

In accordance with LR IA 6-1, there have been no prior extensions solely to extend the initial expert disclosure dates. There have been five prior stipulations for the extension of time regarding discovery deadlines. (ECF No. 52)

**IT IS SO STIPULATED.**

Dated: November 22, 2022         NICOLAIDES FINK THORPE
                                 MICHAELIDES SULLIVAN LLP

                                 By: /s/ Jeffrey N. Labovitch
                                     Jeffrey N. Labovitch
                                     Dawn A. Hove
                                     Attorneys for Defendant, Counterclaimant
                                     and Third-Party Plaintiff National
                                     Fire & Marine Insurance Company

Dated: November 22, 2022         SHIVES & ASSOCIATES LIMITED

                                 By: /s/ Martin L. Shives
                                     Martin L. Shives
                                     Attorneys for Defendant, Counterclaimant
                                     and Third-Party Plaintiff National
                                     Fire & Marine Insurance Company

Dated: November 22, 2022         BROWN, BONN & FRIEDMAN, LLP

                                 By: /s/ Thomas Friedman
                                     Thomas Friedman
                                     Attorneys for Defendant, Counterclaimant
                                     and Third-Party Plaintiff National
                                     Fire & Marine Insurance Company

| | |
|---|---|
| Dated: November 22, 2022 | PAYNE & FEARS LLP |
| | |
| | By: /s/ Sarah J. Odia |
| | Scott S. Thomas |
| | Sarah J. Odia |
| | Attorneys for Plaintiff and Counter-Defendant PN II, Inc. dba Pulte Homes and/or Del Webb |
| Dated: November 22, 2022 | MRV LAW, INC. |
| | |
| | By: /s/ Mark R. VonderHaar |
| | Mark R. VonderHaar |
| | Attorneys for Third-Party Defendants Contractors Insurance Company of North America |
| Dated: November 22, 2022 | LEE LANDRUM & INGLE, APC |
| | |
| | By: /s/ Natasha Landrum |
| | Natasha Landrum |
| | Attorneys for Third-Party Defendants Contractors Insurance Company of North America |

## **ORDER**

IT IS SO ORDERED. All parties have until December 16, 2022, for initial expert disclosures.

DATED: November 28, 2022

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to N.R.C.P. 5(b), I hereby declare that on November 23, 2022, a true and correct copy of **STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCLOSURE DATE** was served via electronic service by the U.S. District Court CM/ECF system to all parties on the Electronic Mail Notice List.

_____
Michelle Park