JEFFREY N. LABOVITCH (SBN: 10915)
jlabovitch@nicolaidesllp.com
DAWN A. HOVE (*admitted pro hac vice*)
dhove@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
4250 Executive Square, Suite 540
La Jolla, CA 92037-1482
Telephone:   (858) 257-0700
Facsimile:    (858) 257-0701

MARTIN L. SHIVES (SBN:  7910)
martinshives@summers-shives.com
SHIVES & ASSOCIATES LIMITED
7473 West Mead Blvd., Suite 100
Las Vegas, NV  89128
Telephone:   (702) 562-8188
Facsimile:    (702) 947-4696

THOMAS FRIEDMAN (SBN: 7708)
tfriedman@brownbonn.com
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, Nevada 89148
Telephone:   (702) 942-3900
Facsimile:    (702) 942-3901

Attorneys for Defendant,
Counterclaimant and Third-Party Plaintiff
NATIONAL FIRE & MARINE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 2:20-cv-01383-ART-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCLOSURE DATE**<br><br>**(Second Request)**<br><br>Complaint filed:   July 24, 2020<br>Trial Date:            Not set |

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company, | |
| Counter-Claimant, | |
| v. | |
| PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation, | |
| Counter-Defendant. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company, | |
| Third-Party Plaintiff, | |
| v. | |
| PN II, dba PULTE HOMES and/or DEL WEBB, a Nevada corporation; CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA, INC., a Hawaii corporation, | |
| Third-Party Defendants. | |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant/Counter-Claimant/Third-Party Plaintiff National Fire & Marine Insurance Company ("National Fire"), Plaintiffs/Counter-Defendants PN II, Inc. dba Pulte Homes and Del Webb (Collectively "Pulte"), and Third-Party Defendant Contactors Insurance Company of North America ("CICNA"), by and through their respective counsel of record, hereby STIPULATE and agree, subject to this Court's approval, to extend and continue the expert reporting date from December 16, 2022 to January 6, 2023. This is the second request for an extension specific to extend the initial expert disclosure date.

The parties continue to pursue discovery diligently and require additional time for the initial expert disclosure based on the court's recent continuation of the pending

motions pursuant to ECF No. 79. The parties agreed to continue the current expert reporting date by nine (9) days following the December 28, 2022 hearings (ECF No. 79), to January 6, 2023, in order to follow the December 28, 2022 hearing regarding National Fire's pending motion to continue all discovery deadlines (ECF No. 59) and the pending motions for protective order regarding the depositions of Martin Shives (ECF No. 57), Scott Thomas (ECF No. 67), and Mark VonderHaar (ECF No. 69).  If the Court grants the motion to continue discovery or the motions for protective order, the parties will set new expert disclosure dates; if not, the parties will move forward with the expert disclosure date of January 6, 2023 granted by this stipulation.

In accordance with LR IA 6-1, there has been one prior extension solely to extend the initial expert disclosure dates (ECF No. 76). The extension is necessary due to the fact the hearings have been moved per ECF 79.   There have been five prior stipulations for the extension of time regarding discovery deadlines. (ECF No. 52)

**IT IS SO STIPULATED.**

Dated:   December 13, 2022                         NICOLAIDES FINK THORPE
                                                                            MICHAELIDES SULLIVAN LLP


By:_____*/s/ Jeffrey N. Labovitch*_____
Jeffrey N. Labovitch
Dawn A. Hove
Attorneys for Defendant, Counterclaimant
and Third-Party Plaintiff National
Fire & Marine Insurance Company

Dated:   December 13, 2022                         SHIVES & ASSOCIATES LIMITED


By:_____*/s/ Martin L. Shives*_____
Martin L. Shives
Attorneys for Defendant, Counterclaimant
and Third-Party Plaintiff National
Fire & Marine Insurance Company

| | | |
|---|---|---|
| 1 | Dated: December 13, 2022 | BROWN, BONN & FRIEDMAN, LLP |
| 2 | | |
| 3 | | By: _/s/ Thomas Friedman_ |
| | | Thomas Friedman |
| 4 | | Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff National |
| 5 | | Fire & Marine Insurance Company |
| 6 | Dated: December 13, 2022 | PAYNE & FEARS LLP |
| 7 | | |
| 8 | | By: _/s/ Scott S. Thomas_ |
| | | Scott S. Thomas |
| 9 | | Sarah J. Odia |
| 10 | | Attorneys for Plaintiff and Counter-Defendant PN II, Inc. dba Pulte Homes |
| 11 | | and/or Del Webb |
| 12 | Dated: December 13, 2022 | MRV LAW, INC. |
| 13 | | |
| 14 | | By: _/s/ Mark R. VonderHaar_ |
| | | Mark R. VonderHaar |
| 15 | | Attorneys for Third-Party Defendants |
| 16 | | Contractors Insurance Company of North America |
| 17 | Dated: December 13, 2022 | LEE LANDRUM & INGLE, APC |
| 18 | | |
| 19 | | By: _/s/ Natasha Landrum_ |
| | | Natasha Landrum |
| 20 | | Attorneys for Third-Party Defendants |
| 21 | | Contractors Insurance Company of North America |

**STATEMENT OF AUTHORITY TO FILE**

I attest that all signatories on this document and on whose behalf the filing is submitted concur in the filing's content and have authorize the filing of this document.

By: _/s/ Jeffrey N. Labovitch_
Jeffrey N. Labovitch

**ORDER**

IT IS SO ORDERED. All parties have until January 6, 2023, for initial expert disclosures.

DATED: December 14, 2022

_____
UNITED STATES MAGISTRATE JUDGE