1   Scott S. Thomas, Nevada Bar No. 7937
    sst@paynefears.com
2   Sarah J. Odia, Nevada Bar No. 11053
    sjo@paynefears.com
3   PAYNE & FEARS LLP
    6385 S. Rainbow Blvd., Suite 220
4   Las Vegas, Nevada 89118
    Telephone: (702) 851-0300
5   Facsimile: (702) 851-0315

6   *Attorneys for Plaintiff/Counter-Defendant*
    *PN II, INC.*

7

8                   **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF NEVADA**

10  PN II, INC. dba PULTE HOMES and/or DEL          Case No. 2:20-cv-01383-ART-BNW
    WEBB, a Nevada corporation,
11
                    Plaintiff,
12          v.
                                                     **STIPULATION AND [PROPOSED]**
13  NATIONAL FIRE & MARINE INSURANCE               **ORDER TO EXTEND DISPOSITIVE**
    COMPANY; and DOES 1 through 100,                **MOTION DEADLINE**
14  inclusive,
                                                     **(First Request)**
15                  Defendants.
    NATIONAL FIRE & MARINE INSURANCE
16  COMPANY, a Nebraska insurance company,

17                  Counter-Claimant,
18          v.

19  PN II, INC. dba PULTE HOMES and/or DEL
    WEBB, a Nevada corporation,
20
                    Counter-Defendant.
21  NATIONAL FIRE & MARINE INSURANCE
    COMPANY, a Nebraska insurance company,
22
                    Third-Party Plaintiff,
23          v.

24  PN II, INC. dba PULTE HOMES and/or
    DEL WEBB, a Nevada corporation;
25  CONTRACTORS INSURANCE COMPANY
    OF NORTH AMERICA, INC., a Hawaii
26  corporation,

27                  Third-Party Defendants.

28

*Left margin:*
PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

**PAYNE & FEARS LLP**
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

1    **TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS**

2    **OF RECORD:**

3    Plaintiffs/Counter-Defendants PN II, Inc. dba Pulte Homes and Del Webb (collectively,

4    "Pulte"), Defendant/Counter-Claimant/Third-Party Plaintiff National Fire & Marine Insurance

5    Company ("National Fire"), and Third-Party Defendant Contactors Insurance Company of North

6    America ("CICNA"), by and through their respective counsel of record, hereby stipulate to extend

7    the dispositive motion deadline from March 13, 2023, to March 24, 2023 (ECF No. 53). This is

8    the first request for an extension specific to extend the dispositive motion deadline.

9    The parties are pursuing discovery diligently.  Pursuant to the Court's Order on January 9,

10   2023 and the parties' agreement, the parties are performing depositions of counsel for National

11   Fire, CICNA, and Pulte. (ECF No. 9). The parties have attempted to complete these depositions

12   prior to the dispositive motion deadline of March 13, 2023, but have not been able to do so due to

13   the following unforeseen circumstances: The deposition of National Fire's counsel, Martin Shives

14   went forward on February 23, 2023; however, the deposition was unable to be completed in one

15   day (the parties were on the record for approximately 4 hours.) Despite Mr. Shives' willingness to

16   stay until completion of his deposition on February 23, 2023, the assigned court reporter advised

17   during the deposition of a scheduling conflict necessitating early adjournment of the deposition.

18   The depositions of Messrs. VonderHaar and Thomas, are scheduled to take place on March

19   7 and March 8; and the parties anticipate completing these depositions in a single day, but it is

20   possible they may require more time. In any event, these dates leave only two business days before

21   the current dispositive motion deadline to receive transcripts and incorporate testimony into

22   dispositive motions.  Messrs. VonderHaar, Thomas, and Shives are all witnesses and counsel of

23   record in this case.  As practicing attorneys, their schedules did not make it possible to complete

24   the unexpected second  Shives' deposition session prior to the March 13, 2023 dispositive motion

25   deadline.  The parties have met and conferred regarding their respective schedules and agreed that

26   Mr. Shives' continued deposition can proceed on March 14, 2023 – one day after the current

27   dispositive motion deadline. Accordingly, the parties have agreed to stipulate to continue the

28   dispositive motion deadline to March 24, 2023, 10 days after the completion of Mr. Shives'

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE

second deposition. Finally, the parties stipulate and agree that the requested extension is being made without prejudice to other orders previously made or to be made by the court.

In accordance with LR IA 6-1, there have been no prior extensions solely to extend the dispositive motion deadline; there have been five prior stipulations for the extension of time regarding discovery deadlines (ECF No. 52). There have been three prior stipulations to extend the expert disclosure dates (ECF No. 83); and there has been one prior stipulation for the extension of expert deposition dates (ECF No. 87).

IT IS SO STIPULATED.

DATED: March 3, 2023                    PAYNE & FEARS LLP

                                        */s/ Scott S. Thomas*
                                        Scott S. Thomas
                                        Sarah J. Odia
                                        6385 S. Rainbow Blvd., Suite 220
                                        Las Vegas, Nevada 89118
                                        Attorneys for Plaintiff/Counter-Defendant PN II, Inc.

DATED: March 3, 2023                    NICOLAIDES FINK THORPE
                                        MICHAELIDES SULLIVAN LLP

                                        */s/ Dawn A. Hove*
                                        Jeffrey N. Labovitch
                                        Dawn A. Hove (*pro hac vice*)
                                        Attorneys for Defendant, Counterclaimant
                                        and Third-Party Plaintiff National
                                        Fire & Marine Insurance Company

DATED: March 3, 2023                    SHIVES & ASSOCIATES LIMITED

                                        */s/ Martin L. Shives*
                                        Martin L. Shives
                                        Attorneys for Defendant, Counterclaimant
                                        and Third-Party Plaintiff National Fire &
                                        Marine Insurance Company

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

-3-                    Case No. 2:20-cv-01383-ART-BNW

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE

DATED: March 3, 2023                    BROWN, BONN & FRIEDMAN, LLP

                                        /s/ Thomas Friedman
                                        Thomas Friedman
                                        Attorneys for Defendant, Counterclaimant
                                        and Third-Party Plaintiff National Fire &
                                        Marine Insurance Company

DATED: March 3, 2023                    MRV LAW, INC.

                                        /s/ Mark R. VonderHaar
                                        Mark R. VonderHaar
                                        Attorneys for Defendant, Counterclaimant
                                        Contactors Insurance Company of North
                                        America

DATED: March 3, 2023                    LEE LANDRUM & INGLE, APC

                                        /s/ Natasha Landrum
                                        Natasha Landrum
                                        Attorneys for Defendant, Counterclaimant
                                        Contactors Insurance Company of North
                                        America

## ORDER

   IT IS SO ORDERED. All parties have until March 24, 2023, to file dispositive motions.

DATED:   March 6, 2023
         _____

         UNITED STATES MAGISTRATE JUDGE

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

-4-                                     Case No. 2:20-cv-01383-ART-BNW
STIPULATION AND [PROPOSED] ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March, 2023, a true and correct copy of **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE (First Request)** was served via United States mail and email to the parties listed below:

| | |
|---|---|
| Natasha A. Landrum<br>LEE, LANDRUM & INGLE<br>7575 Vegas Drive, Ste. 150<br>Las Vegas, Nevada 89128<br>Tel: (702) 880-9750 \| Fax: (702) 314-1210<br>nlandrum@lee-lawfirm.com | Attorneys for Third-Party Defendant CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA |
| Mark R. VonderHaar<br>Joanne D. Turner<br>MRV LAW, INC.<br>2442 4th Avenue, Suite 100<br>San Diego, California 92101<br>Tel: (619) 717-8503 \| Fax: (619) 717-6379<br>mvonderhaar@mrvpc.com<br>jdturner@mrvpc.com | |
| Martin L. Shives<br>SHIVES & ASSOCIATES LIMITED<br>7473 West Lake Mead Blvd., Suite 100<br>Las Vegas, Nevada 89128<br>Tel: (702) 562-8188 \| Fax: (702) 947-4696<br>martinshives@summers-shives.com | Attorneys for Defendant NATIONAL FIRE & MARINE INSURANCE COMPANY |
| Thomas Friedman<br>BROWN, BONN & FRIEDMAN, LLP<br>5528 South Fort Apache Road<br>Las Vegas, Nevada 89148<br>Tel: (702) 942-3900 \| Fax: (702) 942-3901<br>tfriedman@brownbonn.com | |
| Jeffrey N. Labovitch<br>Dawn A. Hove<br>Timothy P. Kitt<br>Nicolaides Fink Thorpe Michaelides Sullivan LLP<br>4250 Executive Square, Suite 540<br>La Jolla, CA 92037-1482<br>Tel: (858) 257-0700 \| Fax: (858) 257-0701<br>jlabovitch@nicolaidesllp.com<br>dhove@nicolaidesllp.com<br>tkitt@nicolaidesllp.com | |

/s/ Jennifer Stephens
_____
Jennifer Stephens, an Employee of
PAYNE & FEARS LLP

4876-7004-6292.1

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300