**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>    Plaintiff,<br>  v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>    Counter-Claimant,<br>  v.<br><br>PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>    Counter-Defendant.<br>NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>    Third-Party Plaintiff,<br>  v.<br><br>PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation; CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA, INC., a Hawaii corporation,<br><br>    Third-Party Defendants. | Case No. 2:20-cv-01383-ART-BNW<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO EXTEND RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT (ECF Nos. 94, 97, 100, and 102)**<br><br>**(First Request)** |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs/Counter-Defendants PN II, Inc. dba Pulte Homes and Del Webb (collectively, "Pulte"), Defendant/Counter-Claimant/Third-Party Plaintiff National Fire & Marine Insurance Company ("National Fire"), and Third-Party Defendant Contactors Insurance Company of North America ("CICNA"), by and through their respective counsel of record, hereby stipulate to extend the deadlines for oppositions and replies to the Motions for Summary Judgment that were filed on March 24, 2023 (ECF Nos. 94, 97, 100, and 102). Per the agreement of the parties, oppositions currently due on April 14, 2023, will be extended to April 28, 2023, and replies will be extended to May 12, 2023. This is the first request for an extension specific to extending the responses to Motions for Summary Judgment.

The parties are pursuing discovery diligently. The parties have met and conferred regarding their respective schedules and agreed to extend the responses to the Motions for Summary Judgment to April 28, 2023 due to the fact that counsel for Pulte has dispositive motions due in another, unrelated case on April 7, 2023. Finally, the parties stipulate and agree that the requested extension is being made without prejudice to other orders previously made or to be made by the Court.

In accordance with LR IA 6-1, there have been no prior extensions solely to extend the responses to Motions for Summary Judgment; there have been five prior stipulations for the extension of time regarding discovery deadlines (ECF No. 52). There have been three prior stipulations to extend the expert disclosure dates (ECF No. 83); there has been one prior

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

stipulation for the extension of expert deposition dates (ECF No. 87); and there has been one prior extension for dispositive motions (ECF No. 90).

   IT IS SO STIPULATED.

| DATED: March 29, 2023 | PAYNE & FEARS LLP |
|---|---|
| | */s/ Scott S. Thomas* |
| | Scott S. Thomas |
| | Sarah J. Odia |
| | 6385 S. Rainbow Blvd., Suite 220 |
| | Las Vegas, Nevada 89118 |
| | Attorneys for Plaintiff/Counter-Defendant PN II, Inc. |

| DATED: March 29, 2023 | NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP |
|---|---|
| | */s/ Dawn A. Hove* |
| | Jeffrey N. Labovitch |
| | Dawn A. Hove (*pro hac vice*) |
| | Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff National Fire & Marine Insurance Company |

| DATED: March 29, 2023 | SHIVES & ASSOCIATES LIMITED |
|---|---|
| | */s/ Martin L. Shives* |
| | Martin L. Shives |
| | Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff National Fire & Marine Insurance Company |

| DATED: March 29, 2023 | BROWN, BONN & FRIEDMAN, LLP |
|---|---|
| | */s/ Thomas Friedman* |
| | Thomas Friedman |
| | Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff National Fire & Marine Insurance Company |

/ / /

/ / /

/ / /

DATED: March 29, 2023  MRV LAW, INC.

  /s/ Mark R. VonderHaar
Mark R. VonderHaar
Attorneys for Defendant, Counterclaimant
Contactors Insurance Company of North America

DATED: March 29, 2023  LEE LANDRUM & INGLE, APC

  /s/ Natasha Landrum
Natasha Landrum
Attorneys for Defendant, Counterclaimant
Contactors Insurance Company of North America

## ORDER

IT IS SO ORDERED. All parties have until April 28, 2023, to file responses to Motions for Summary Judgment (ECF Nos. 94, 97, 100, and 102), and to May 12, 2023 to file replies in support of the Motions for Summary Judgment.

DATED: April 3, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE