JEFFREY N. LABOVITCH (SBN: 10915)
jlabovitch@nicolaidesllp.com
DAWN A. HOVE (*admitted pro hac vice*)
dhove@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
4250 Executive Square, Suite 540
La Jolla, CA 92037-1482
Telephone:   (858) 257-0700
Facsimile:   (858) 257-0701

MARTIN L. SHIVES (SBN:  7910)
martinshives@summers-shives.com
SHIVES & ASSOCIATES LIMITED
7473 West Mead Blvd., Suite 100
Las Vegas, NV  89128
Telephone:   (702) 562-8188
Facsimile:   (702) 947-4696

THOMAS FRIEDMAN (SBN: 7708)
tfriedman@brownbonn.com
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, Nevada 89148
Telephone:   (702) 942-3900
Facsimile:   (702) 942-3901

Attorneys for Defendant,
Counterclaimant and Third-Party Plaintiff
NATIONAL FIRE & MARINE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01383-ART-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRE-TRIAL REPORT DEADLINE PER L.R. 26-1**<br><br>**(First Request)**<br><br>Complaint filed:   July 24, 2020<br>Trial Date:          Not set |

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company, | |
| Counter-Claimant, | |
| v. | |
| PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation, | |
| Counter-Defendant. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company, | |
| Third-Party Plaintiff, | |
| v. | |
| PN II, dba PULTE HOMES and/or DEL WEBB, a Nevada corporation; CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA, INC., a Hawaii corporation, | |
| Third-Party Defendants. | |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant/Counter-Claimant/Third-Party Plaintiff National Fire & Marine Insurance Company ("National Fire"), Plaintiffs/Counter-Defendants PN II, Inc. dba Pulte Homes and Del Webb (collectively "Pulte"), and Third-Party Defendant Contactors Insurance Company of North America ("CICNA"), by and through their respective counsel of record, hereby STIPULATE and agree, subject to this Court's approval, that the current joint pre-trial report deadline set forth in ECF 52 is suspended per L.R. 26-1, until 30 days after the Court issues decisions for the dispositive motions filed on March 24, 2023.

/ / /

This is the first request specific to the joint pre-trial report deadline. Pursuant to ECF No. 52, the parties' deadline to file a joint pre-trial report is set for April 12, 2023. However, the parties filed dispositive motions on March 24, 2023. Pursuant to L.R. 26-1, "[i]f dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order." The parties hereby agree that the current deadline for the joint pre-trial report (April 12, 2023) is suspended pursuant to L.R. 26-1.

In accordance with L.R. IA 6-1, no extensions solely regarding the joint pre-trial report deadline have been sought. This stipulation is necessary in order to comport with L.R. 26-1. There have been five prior stipulations for the extension of time regarding discovery deadlines. (ECF No. 52). There have been three prior stipulations to extend the expert disclosure dates (ECF No. 83); there has been one prior stipulation for the extension of expert deposition dates (ECF No. 87); there has been two prior extensions regarding dispositive motion deadlines and briefing schedules (ECF No. 90 and ECF No. 110).

**IT IS SO STIPULATED.**

Dated: April 7, 2023

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP

By: /s/ Jeffrey N. Labovitch
Jeffrey N. Labovitch
Dawn A. Hove
Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff National Fire & Marine Insurance Company

Dated: April 7, 2023

SHIVES & ASSOCIATES LIMITED

By: /s/ Martin L. Shives
Martin L. Shives
Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff National Fire & Marine Insurance Company

| | | |
|---|---|---|
| Dated: April 7, 2023 | | BROWN, BONN & FRIEDMAN, LLP |

By: _/s/ Thomas Friedman_
Thomas Friedman
Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff National Fire & Marine Insurance Company

Dated: April 7, 2023                         PAYNE & FEARS LLP

By: _/s/ Scott S. Thomas_
Scott S. Thomas
Sarah J. Odia
Attorneys for Plaintiff and Counter-Defendant PN II, Inc. dba Pulte Homes and/or Del Webb

Dated: April 7, 2023                         MRV LAW, INC.

By: _/s/ Mark R. VonderHaar_
Mark R. VonderHaar
Attorneys for Third-Party Defendants Contractors Insurance Company of North America

Dated: April 7, 2023                         LEE LANDRUM & INGLE, APC

By: _/s/ Natasha Landrum_
Natasha Landrum
Attorneys for Third-Party Defendants Contractors Insurance Company of North America

## STATEMENT OF AUTHORITY TO FILE

I attest that all signatories on this document and on whose behalf the filing is submitted concur in the filing's content and have authorize the filing of this document.

By: /s/ Jeffrey N. Labovitch
Jeffrey N. Labovitch

## ORDER

IT IS SO ORDERED. The current deadline for the joint pre-trial report is suspended pursuant to L.R. 26-1.

DATED: April 10, 2023

_____
UNITED STATES MAGISTRATE JUDGE