# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>      Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>      Defendants. | Case No. 2:20-cv-01383-ART-BNW<br><br>**ORDER GRANTING IN PART**<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING PRE-TRIAL REPORT DEADLINE<br><br>(Second Request)<br><br>Complaint filed:   July 24, 2020<br>Trial Date:          Not set |

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company, | |
| Counter-Claimant, | |
| v. | |
| PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation, | |
| Counter-Defendant. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company, | |
| Third-Party Plaintiff, | |
| v. | |
| PN II, dba PULTE HOMES and/or DEL WEBB, a Nevada corporation; CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA, INC., a Hawaii corporation, | |
| Third-Party Defendants. | |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant/Counter-Claimant/Third-Party Plaintiff National Fire & Marine Insurance Company ("National Fire"), Plaintiffs/Counter-Defendants PN II, Inc. dba Pulte Homes and Del Webb (collectively "Pulte"), and Third-Party Defendant Contactors Insurance Company of North America ("CICNA"), by and through their respective counsel of record, hereby STIPULATE and agree, subject to this Court's approval, that the current joint pre-trial report deadline set forth in ECF 112 is continued to June 21, 2024.

/ / /

/ / /

This is the second request specific to the joint pre-trial report deadline. Pursuant to ECF No. 112, the parties' deadline to file a joint pre-trial report is set for 30 days after decision on the dispositive motions *or upon further court order* as per L.R. 26-1. The dispositive motions decision was issued on March 22, 2024. The parties agree additional time is necessary to fully complete the joint pre-trial report following the dispositive motions order and the resulting posture of this case following the court's March 22, 2024 dispositive motion decision. Accordingly, the parties hereby agree that the current deadline for the joint pre-trial report (April 22, 2024) is continued to June 21, 2024.

In accordance with L.R. IA 6-1, a prior extension solely regarding the joint pre-trial report deadline was sought based on the parties' filing dispositive motions on March 24, 2023 (ECF 112). This stipulation is necessary in order to allow the parties sufficient time to prepare a detailed joint pre-trial report following receipt of the dispositive motions order. There have been five prior stipulations for the extension of time regarding discovery deadlines. (ECF No. 52). There have been three prior stipulations to extend the expert disclosure dates (ECF No. 83); there has been one prior stipulation for the extension of expert deposition dates (ECF No. 87); there has been two prior extensions regarding dispositive motion deadlines and briefing schedules (ECF No. 90 and ECF No. 110).

**IT IS SO STIPULATED.**

Dated:  April 11, 2024

    NICOLAIDES FINK THORPE
    MICHAELIDES SULLIVAN LLP

    By: _____*/s/ Jeffrey N. Labovitch*_____
        Jeffrey N. Labovitch
        Dawn A. Hove
    Attorneys for Defendant, Counterclaimant
    and Third-Party Plaintiff National
    Fire & Marine Insurance Company

Dated: April 11, 2024                 SHIVES & ASSOCIATES LIMITED

                                      By:      /s/ Martin L. Shives
                                              Martin L. Shives
                                      Attorneys for Defendant, Counterclaimant
                                      and Third-Party Plaintiff National
                                      Fire & Marine Insurance Company

Dated: April 11, 2024                 BROWN, BONN & FRIEDMAN, LLP

                                      By:      /s/ Thomas Friedman
                                              Thomas Friedman
                                      Attorneys for Defendant, Counterclaimant
                                      and Third-Party Plaintiff National
                                      Fire & Marine Insurance Company

Dated: April 11, 2024                 PAYNE & FEARS LLP

                                      By:      /s/ Scott S. Thomas
                                              Scott S. Thomas
                                              Sarah J. Odia
                                      Attorneys for Plaintiff and Counter-
                                      Defendant PN II, Inc. dba Pulte Homes
                                      and/or Del Webb

Dated: April 11, 2024                 MRV LAW, INC.

                                      By:      /s/ Mark R. VonderHaar
                                              Mark R. VonderHaar
                                      Attorneys for Third-Party Defendants
                                      Contractors Insurance Company of North
                                      America

Dated: April 11, 2024                 LEE LANDRUM & INGLE, APC

                                      By:      /s/ Natasha Landrum
                                              Natasha Landrum
                                      Attorneys for Third-Party Defendants
                                      Contractors Insurance Company of North
                                      America

**ORDER**

Pursuant to LR 16-5, the Court finds that it is appropriate to refer this case to United States Magistrate Judge Brenda Weksler to conduct a settlement conference.

It is therefore ordered that the parties' stipulation regarding pre-trial report deadline is granted in part is so far the current deadline to file the proposed joint pretrial order is vacated and extended to 30-days after the completion of a settlement conference.

DATED: April 12, 2024

_____
ANNE R. TRAUM
UNITED STATES MAGISTRATE JUDGE