Scott S. Thomas, Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia, Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
T: (702) 851-0300 | F: (702) 851-0315
*Attorneys for Plaintiff/Counter-Defendant
PN II, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-01383-ART-BNW<br><br><br>**ORDER APPROVING STIPULATION AND ORDER TO EXTEND DATES FOR RESPONSES TO NATIONAL FIRE & MARINE INSURANCE COMPANY'S MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292 (b) (ECF 136)**<br><br>**(First Request)** |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>    Counter-Claimant,<br><br>v.<br><br>PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>    Counter-Defendant. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation; CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA, INC., a Hawaii corporation,<br><br>    Third-Party Defendants. | |

1  Plaintiffs/Counter-Defendants PN II, Inc. dba Pulte Homes and Del Webb (collectively, "Pulte"), Defendant/Counter-Claimant/Third-Party Plaintiff National Fire & Marine Insurance Company ("National Fire"), and Third-Party Defendant Contactors Insurance Company of North America ("CICNA"), by and through their respective counsel of record, hereby stipulate to extend the deadline to file responses and replies to National Fire's Motion to Certify Order for Interlocutory Appeal Under 28 U.S.C. § 1292(b), filed on April 30, 2024 (ECF 136). Oppositions are currently due on May 14, 2024, and will be extended to May 31, 2024, per the agreement of the parties and replies will be extended to June 18, 2024. This is the first request for an extension of the briefing on National Fire's Motion to Certify Order for Interlocutory Appeal Under 28 U.S.C. § 1292(b).

The parties have met and conferred regarding their respective schedules and agreed to extend the responses to National Fire's Motion to May 31, 2024 and June 18, 2024, to allow the parties additional time to brief the important issues raised in National Fire's Motion, which may have significant implications on this case. Finally, the parties stipulate and agree that the requested extension is being made without prejudice to other orders previously made or to be made by the Court.

In accordance with LR IA 6-1, there have been no prior extensions to the briefing on National Fire's Motion to Certify Order for Interlocutory Appeal Under 28 U.S.C. § 1292(b). There have been five prior stipulations for the extension of time regarding discovery deadlines (ECF No. 52); there have been three prior stipulations to extend the expert disclosure dates (ECF No. 83); there has been one prior stipulation for the extension of expert deposition dates (ECF No. 87); there has been one prior extension for dispositive motions (ECF No. 90); there has been one prior stipulation to extend briefing regarding the parties' motions for summary judgment; and there has been one prior extension regarding the pre-trial report deadline.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: May 7, 2024 | PAYNE & FEARS LLP |
| | |
| | */s/ Sarah J. Odia* |
| | Scott S. Thomas |
| | Sarah J. Odia |
| | 6385 S. Rainbow Blvd., Suite 220 |
| | Las Vegas, Nevada 89118 |
| | Attorneys for Plaintiff/Counter-Defendant/Third-Party Defendant PN II, Inc. |
| DATED: May 7, 2024 | NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP |
| | |
| | */s/ Dawn A. Hove* |
| | Jeffrey N. Labovitch |
| | Dawn A. Hove (*pro hac vice*) |
| | Attorneys for Defendant/Counterclaimant/Third-Party Plaintiff National Fire & Marine Insurance Company |
| DATED: May 8, 2024 | SHIVES & ASSOCIATES LIMITED |
| | |
| | */s/ Martin L. Shives* |
| | Martin L. Shives |
| | Attorneys for Defendant/Counterclaimant/Third-Party Plaintiff National Fire & Marine Insurance Company |
| DATED: May 8, 2024 | BROWN, BONN & FRIEDMAN, LLP |
| | |
| | */s/ Thomas Friedman* |
| | Thomas Friedman |
| | Attorneys for Defendant/Counterclaimant/Third-Party Plaintiff National Fire & Marine Insurance Company |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

| | |
|---|---|
| DATED: May 8, 2024 | GIBSON, DUNN & CRUTCHER LLP |
| | */s/ Deborah L. Stein* |
| | Deborah L. Stein |
| | Attorneys for Defendant/Counterclaimant/Third-Party Plaintiff National Fire & Marine Insurance Company |
| DATED: May 8, 2024 | MRV LAW, INC. |
| | */s/ Mark R. VonderHaar* |
| | Mark R. VonderHaar |
| | Attorneys for Third-Party Defendant Contactors Insurance Company of North America |

### **ORDER**

IT IS SO ORDERED. The parties have until May 31, 2024 to file oppositions to National Fire & Marine Insurance Company's Motion to Certify Order for Interlocutory Appeal Under 28 U.S.C. § 1292(b); and have until June 18, 2024, to file replies in support of National Fire & Marine Insurance Company's Motion to Certify Order for Interlocutory Appeal Under 28 U.S.C. § 1292(b).

DATED: May 8, 2024

_____
UNITED STATES DISTRICT JUDGE

-4-