**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation, | Case No. 2:20-cv-01383-ART-BNW |

|   |   |
|---|---|
| Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants. | **ORDER GRANTING**<br><br>**STIPULATION REGARDING PRE-TRIAL ORDER DEADLINE**<br>**(Third Request)**<br><br>Complaint filed:   July 24, 2020<br>Trial Date:            Not set |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>Counter-Claimant,<br><br>v.<br><br>PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>Counter-Defendant. |   |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>PN II, dba PULTE HOMES and/or DEL WEBB, a Nevada corporation; CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA, INC., a Hawaii corporation,<br><br>Third-Party Defendants. |   |

Defendant/Counter-Claimant/Third-Party Plaintiff National Fire & Marine Insurance Company ("National Fire"), Plaintiffs/Counter-Defendants PN II, Inc. dba Pulte Homes and Del Webb (collectively "Pulte"), and Third-Party Defendant Contactors Insurance Company of North America ("CICNA"), by and through their respective counsel of record, hereby STIPULATE and agree, subject to this Court's approval, that the current joint pre-trial order deadline set forth in ECF 134 is continued to December 13, 2024. The parties' deadline to file a joint pre-trial order is currently set for 30 days after completion of a settlement conference. *See* ECF 134. Magistrate Judge Weksler conducted a settlement conference on August 30, 2024. Thus, the joint pre-trial order is currently due Monday, September 30, 2024.

This is the third request specific to the joint pre-trial order deadline. The initial deadline was suspended pursuant to pursuant to L.R. 26-1, upon request of the parties, because dispositive motions were filed. ECF 112; *see* L.R. 26-1(b)(5) ("If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order."). Following disposition of the parties' summary judgment motions, the parties agreed that they required additional time to complete the pre-trial order, and the Court entered an order moving the deadline until 30 days after completion of the settlement conference.

The parties have been working on the joint pre-trial order and agree that additional time is necessary to fully complete it. Accordingly, the parties hereby agree that the current deadline for the joint pre-trial order (September 30, 2024) is continued to December 13, 2024. This stipulation is necessary in order to allow the parties sufficient time to prepare and exchange materials required by the pre-trial order, including proposed stipulated and disputed facts, exhibits lists, and deposition designation. Given the size of the factual record in the case, and that it is a multilateral dispute, the parties believe that the additional time will enable them to better frame the evidence and scope of the disputes to be trial for the Court.

/ / /

There have been five prior stipulations for the extension of time regarding discovery deadlines. (ECF No. 52). There have been three prior stipulations to extend the expert disclosure dates (ECF No. 83); there has been one prior stipulation for the extension of expert deposition dates (ECF No. 87); there has been two prior extensions regarding dispositive motion deadlines and briefing schedules (ECF Nos. 90 and 110).

**IT IS SO STIPULATED.**

Dated: September 9, 2024

NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP

By: _/s/ Jeffrey N. Labovitch_
Jeffrey N. Labovitch
Dawn A. Hove
Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff NATIONAL FIRE & MARINE INSURANCE COMPANY

Dated: September 9, 2024

GIBSON, DUNN & CRUTCHER LLP

By: _/s/ Deborah L. Stein_
Marcellus A. McRae
Deborah L. Stein
Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff NATIONAL FIRE & MARINE INSURANCE COMPANY

Dated: September 9, 2024

SHIVES & ASSOCIATES LIMITED

By: _/s/ Martin L. Shives_
Martin L. Shives
Attorney for Defendant, Counterclaimant and Third-Party Plaintiff NATIONAL FIRE & MARINE INSURANCE COMPANY

Dated: September 9, 2024

BROWN, BONN & FRIEDMAN LLP

By: _/s/ Thomas Friedman_
Thomas Friedman
Attorney for Defendant, Counterclaimant and Third-Party Plaintiff NATIONAL FIRE & MARINE INSURANCE COMPANY

Dated: September 9, 2024          PAYNE & FEARS LLP

By: _____/s/ Scott S. Thomas_____
Scott S. Thomas
Sarah J. Odia
Attorneys for Plaintiff and Counter-Defendant PN II, INC. DBA PULTE HOMES AND/OR DEL WEBB

Dated: September 9, 2024          MRV LAW, INC.

By: _____/s/ Mark R. VonderHaar_____
Mark R. VonderHaar
Attorneys for Third-Party Defendants CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA

Dated: September 9, 2024          LEE LANDRUM & INGLE, APC

By: _____/s/ Natasha Landrum_____
Natasha Landrum
Attorneys for Third-Party Defendants CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA

## STATEMENT OF AUTHORITY TO FILE

I attest that all signatories on this document and on whose behalf the filing is submitted concur in the filing's content and have authorize the filing of this document.

By: _____/s/ Jeffrey N. Labovitch_____
Jeffrey N. Labovitch

## ORDER

IT IS SO ORDERED. The current deadline for the joint pre-trial order is continued to December 13, 2024.

DATED: September 10, 2024          _____
Anne R. Traum
United States District Court Judge