1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation, | Case No. 2:20-cv-01383-ART-BNW |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION TO EXTEND BRIEFING SCHEDULE REGARDING NATIONAL FIRE & MARINE INSURANCE COMPANY'S MOTION TO ENFORCE NEVADA RULE OF PROFESSIONAL CONDUCT 3.7 (ECF 158)** |
| NATIONAL FIRE & MARINE INSURANCE COMPANY; and DOES 1 through 100, inclusive, | |
| Defendants. | Hon. Anne R. Traum |

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE RE NATIONAL FIRE'S MOTION TO ENFORCE NEVADA RULE OF PROFESSIONAL CONDUCT 3.7 (ECF 158)
Case No. 2:20-cv-01383-ART-BNW

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>Counter-Claimant,<br><br>v.<br><br>PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>Counter-Defendant.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>PN II, dba PULTE HOMES and/or DEL WEBB, a Nevada corporation; CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA, INC., a Hawaii corporation,<br><br>Third-Party Defendants. | Complaint filed: July 24, 2020<br>Trial Date: Not set |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs/Counter-Defendants PN II, Inc. dba Pulte Homes and Del Webb ("Pulte"), Defendant/Counter-Claimant/Third-Party Plaintiff National Fire & Marine Insurance Company ("National Fire"), and Third-Party Defendant Contactors Insurance Company of North America ("CICNA"), by and through their respective counsel of record, hereby stipulate to extend the responses and replies to the following motions: (1) National Fire & Marine Insurance Company's Motion to Enforce Nevada Rule of Professional Conduct 3.7 ("Rule 3.7 Motion") filed on December 17, 2024, ECF 158; (2) Pulte's Amended Motion to Dismiss filed on December 20, 2024, ECF 160; and (3) Pulte and CICNA's forthcoming motions in limine, *see* ECF 157 at 2.

As for National Fire's Rule 3.7 Motion, per the agreement of the parties, oppositions currently due on December 31, 2024, will be extended to January 15, 2025, and the deadline for

1  National Fire's reply will be extended to February 5, 2025.

2      As for Pulte's Amended Motion to Dismiss, the parties agree that National Fire's
3  opposition will be due on January 17, 2025.  The parties agree that Pulte's reply in support of its
4  motion will be due February 7, 2025.

5      Pulte and CICNA intend to file motions in limine to limit the scope of trial on or before
6  Friday, December 27.  The parties agree that National Fire's response(s) will be due on January
7  24, 2025.  The parties further agree that Pulte and CICNA's replies in support of their motions
8  will be due February 14, 2025.

9      The parties have met and conferred regarding their respective schedules and agreed to
10  extend these deadlines because of the significance of each of the motions and due to the parties'
11  travel schedules and holiday plans.

12      In accordance with LR IA 6-1, there have been no prior extensions solely to extend the
13  briefing on National Fire's Motion to Enforce Nevada Rule of Professional Conduct 3.7 or to
14  extend the briefing on Pulte's Amended Motion to Dismiss.

15  **IT IS SO STIPULATED**.

16  DATED: December 24, 2024          PAYNE & FEARS LLP

                                                              */s/ Sarah J. Odia*
                                                       Scott S. Thomas
                                                       Sarah J. Odia
                                                      Daniel L. Rasmussen
                                                      Camilla J. Dudley

                                        Attorneys for Plaintiff/Counter-Defendant PN II, Inc.

| | | |
|---|---|---|
| 1 | DATED: December 24, 2024 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | |
| 3 | | */s/ Marcellus A. McRae* |
| | | Marcellus A. McRae |
| 4 | | Deborah L. Stein |
| 5 | | |
| | | Attorneys for Defendant, Counterclaimant |
| 6 | | and Third-Party Plaintiff National Fire & Marine Insurance Company |
| 7 | | |
| 8 | DATED: December 24, 2024 | NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP |
| 9 | | |
| 10 | | |
| 11 | | */s/ Dawn A. Hove* |
| | | Dawn A. Hove |
| 12 | | Jeff N. Labovitch |
| 13 | | Attorneys for Defendant, Counterclaimant |
| | | and Third-Party Plaintiff National Fire & |
| 14 | | Marine Insurance Company |
| 15 | | |
| 16 | DATED: December 24, 2024 | MRV LAW, INC. |
| 17 | | |
| 18 | | */s/ Mark R. VonderHaar* |
| | | Mark R. VonderHaar |
| 19 | | |
| 20 | | Attorneys for Defendant, Counterclaimant Contactors Insurance Company of North America |

1  DATED: December 24, 2024

LEE LANDRUM & INGLE

*/s/ Natasha Landrum*
Natasha Landrum

Attorneys for Defendant, Counterclaimant Contactors Insurance Company of North America

# ORDER

IT IS SO ORDERED. Responses to National Fire & Marine Insurance Company's Motion to Enforce Nevada Rule of Professional Conduct 3.7 (ECF 158) are due by January 15, 2025, and replies in support of the Motion are due by February 5, 2025. Responses to PN II, Inc.'s Amended Motion to Dismiss are due by January 17, 2025, and PN II, Inc.'s reply in support of the Motion will be due by February 7, 2025. Responses to PN II, Inc. and Contractors Insurance Company of North America's forthcoming motions in limine are due by January 24, 2025, and replies in support of those motions are due by February 14, 2025.

DATED: December 30, 2024

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE