**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

PN II, INC. dba PULTE HOMES and/or ) Case #2:20-cv-01383-ART-BNW
DEL WEBB, a Nevada corporation, )
) **ORDER APPROVING**
Plaintiff(s), ) **VERIFIED PETITION FOR**
) **PERMISSION TO PRACTICE**
vs. ) **IN THIS CASE ONLY BY**
) **ATTORNEY NOT ADMITTED**
NATIONAL FIRE & MARINE ) **TO THE BAR OF THIS COURT**
INSURANCE COMPANY; and Does 1 ) **AND DESIGNATION OF**
through 100, inclusive, ) **LOCAL COUNSEL**
Defendant(s). )
) FILING FEE IS $250.00

_____Morgan G. Churma_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.  That Petitioner is an attorney at law and a member of the law firm of

Farella Braun + Martel LLP
(firm name)

with offices at _____One Bush Street, Suite 900_____,
(street address)

__San Francisco__, __California__, __94104__,
(city)         (state)         (zip code)

__(415) 954-4400__, __mchurma@fbm.com__.
(area code + telephone number)  (Email address)

2.  That Petitioner has been retained personally or as a member of the law firm by

__Contractors Ins. Company of North America__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____May 2022_____, Petitioner has been and presently is a
                            (date)
member in good standing of the bar of the highest Court of the State of ____California____
                                                                              (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals, Seventh Circuit | September 21, 2021 | |
| California Northern District Court | August 3, 2022 | |
| Illinois Northern District Court | February 4, 2016 | |
| Illinois State Courts | November 5, 2015 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> State Bar of California
> State Bar of Illinois
> The Bar Association of San Francisco

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
)
COUNTY OF ___San Francisco___ )

___Morgan G. Churma___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

___SEE ATTACHED___
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Natasha A. Landrum___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___7575 Vegas Drive, Suite 150___,
(street address)

___Las Vegas___, ___California___, ___89128___,
(city) (state) (zip code)

___(702) 880-9750___, ___nlandrum@lee-lawfirm.com___.
(area code + telephone number) (Email address)

4

Rev. 5/16

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California            )
County of San Francisco  )

Subscribed and sworn to (or affirmed) before me on this 28th day of March, 2025, by MORGAN G. CHURMA, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

EMILY R. NORD
Notary Public - California
San Francisco County
Commission # 2419658
My Comm. Expires Oct 7, 2026

Signature _Emily R. Nord_

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Natasha A. Landrum_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Joe Campos*
(party's signature)

Joe Campos, Branch Manager
(type or print party name, title)
Contractors Insurance Company of North America

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

7414                    nlandrum@lee-lawfirm.com
Bar number              Email address

**APPROVED.**

Anne R. Traum
United States District Judge

DATED: March 31, 2025

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

March 24, 2025

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MORGAN GEOFFERY CHURMA, #343563 was admitted to the practice of law in this state by the Supreme Court of California on May 11, 2022 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Lea Randrup
Custodian of Records

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Morgan Geoffery Churma

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/05/2015 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 20th day of March, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois