JEFFREY N. LABOVITCH (SBN: 10915)
jlabovitch@nicolaidesllp.com
DAWN A. HOVE (*admitted pro hac vice*)
dhove@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
4250 Executive Square, Suite 540
La Jolla, CA 92037
Telephone:    (858) 257-0700
Facsimile:    (858) 257-0701

MARCELLUS A. MCRAE (*pro hac vice*)
mmcrae@gibsondunn.com
DEBORAH L. STEIN (*pro hac vice*)
dstein@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    (213) 229-7164
Facsimile:    (213) 229-6164

THOMAS FRIEDMAN (SBN: 7708)
tfriedman@brownbonn.com
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, Nevada 89148
Telephone:    (702) 942-3900
Facsimile:    (702) 942-3901

Attorneys for Defendant,
Counterclaimant and Third-Party Plaintiff
NATIONAL FIRE & MARINE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>                Plaintiff,<br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No. 2:20-cv-01383-ART-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE REGARDING NATIONAL FIRE & MARINE INSURANCE COMPANY'S MOTION TO REOPEN DISCOVERY (ECF 185) AND PN II, INC.'S MOTION IN LIMINE TO EXCLUDE TOM MORTLAND (ECF 184)** |

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>                Counter-Claimant,<br><br>v.<br><br>PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>                Counter-Defendant.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>                Third-Party Plaintiff,<br><br>v.<br><br>PN II, dba PULTE HOMES and/or DEL WEBB, a Nevada corporation; CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA, INC., a Hawaii corporation,<br><br>                Third-Party Defendants. | Dept.:            4B<br>Judge:           Hon. Anne R. Traum<br>Complaint filed:  July 24, 2020<br>Trial Date:       Not set |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      Plaintiffs/Counter-Defendants PN II, Inc. dba Pulte Homes and Del Webb ("Pulte"), Defendant/Counter-Claimant/Third-Party Plaintiff National Fire & Marine Insurance Company ("National Fire"), and Third-Party Defendant Contactors Insurance Company of North America ("CICNA"), by and through their respective counsel of record, hereby stipulate to extend the responses and replies to the following motions: (1) National Fire's Motion to Reopen Discovery To Allow Depositions of Two Individuals filed on March 24, 2025, ECF 185 and (2) Pulte's Motion in Limine To Exclude Tom Mortland as a Trial Witness filed on March 24, 2025, ECF 184.

/ / /

1    Per the agreement of the parties, oppositions currently due on April 7, 2025, will be
2 extended to April 14, 2025, and the deadline for replies will be extended to April 28, 2025.
3    The parties have met and conferred regarding their respective schedules and agreed to
4 extend these deadlines because of the significance of each of the motions and due to the parties'
5 schedules.
6    In accordance with LR IA 6-1, there have been no prior extensions solely to extend the
7 briefing on National Fire's Motion to Reopen Discovery or to extend the briefing on Pulte's
8 Motion in Limine to Exclude Tom Mortland.

**IT IS SO STIPULATED**.

DATED: March 28, 2025                PAYNE & FEARS LLP

                                     _____/s/ Sarah J. Odia_____
                                         Scott S. Thomas
                                         Sarah J. Odia
                                         Daniel L. Rasmussen
                                         Camilla J. Dudley

                                     Attorneys for Plaintiff/Counter-Defendant PN II, Inc.


DATED: March 28, 2025                GIBSON, DUNN & CRUTCHER LLP

                                     _____/s/ Deborah L. Stein_____
                                         Marcellus A. McRae
                                         Deborah L. Stein

                                     Attorneys for Defendant, Counterclaimant
                                     and Third-Party Plaintiff National Fire &
                                     Marine Insurance Company

1  DATED: March 28, 2025                    NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP

                                            /s/ Dawn A. Hove
                                            Dawn A. Hove
                                            Jeff N. Labovitch

                                            Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff National Fire & Marine Insurance Company

9  DATED: March 28, 2025                    BROWN, BONN & FRIEDMAN, LLP

                                            /s/ Thomas Freidman
                                            Thomas Freidman

                                            Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff National Fire & Marine Insurance Company

| | |
|---|---|
| DATED: March 28, 2025 | MRV LAW, INC. |
| | |
| | /s/ Mark R. VonderHaar |
| | Mark R. VonderHaar |
| | |
| | Attorneys for Defendant, Counterclaimant Contactors Insurance Company of North America |
| | |
| DATED: March 28, 2025 | LEE LANDRUM & INGLE |
| | |
| | /s/ Natasha Landrum |
| | Natasha Landrum |
| | |
| | Attorneys for Defendant, Counterclaimant Contactors Insurance Company of North America |
| | |
| DATED: March 28, 2025 | FARELLA BRAUN MARTEL |
| | |
| | /s/ Amy B. Briggs |
| | Amy B. Briggs |
| | |
| | Attorneys for Defendant, Counterclaimant Contactors Insurance Company of North America (*pro hac vice application pending*) |

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE REGARDING
NATIONAL FIRE'S MOTION TO REOPEN DISCOVERY (ECF 185) AND
PN II, INC.'S MOTION IN LIMINE TO EXCLUDE TOM MORTLAND (ECF 184)
4         Case No. 2:20-cv-01383-ART-BNW

# ORDER

**IT IS SO ORDERED.** Responses to National Fire's Motion to Reopen Discovery To Allow Depositions of Two Individuals (ECF 185) and Pulte's Motion in Limine To Exclude Tom Mortland as a Trial Witness (ECF 184) are due by April 14, 2025, and replies in support of the Motions are due by April 28, 2025.

DATED: 3/31/2025

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

*PN II, Inc. dba Pulte Homes and/or Del Webb v. National Fire & Marine Insurance Company, et al.*
*United States District Court, District of Nevada, Case No. 2:20-CV-01383*

I HEREBY CERTIFY that on this 28th day of March 2025, a true and correct copy of **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE REGARDING NATIONAL FIRE & MARINE INSURANCE COMPANY'S MOTION TO REOPEN DISCOVERY (ECF 185) AND PN II, INC.'S MOTION IN LIMINE TO EXCLUDE TOM MORTLAND (ECF 184)** was served by electronically transmitting the document(s) listed above to the e-mail address(es) set forth in the attached Service List:

_____
Maricar De Los Reyes

**SERVICE LIST**

| | |
|---|---|
| Scott S. Thomas<br>Sarah J. Odia<br>PAYNE & FEARS LLP<br>1980 Festival Plaza Drive, Suite 290<br>Las Vegas, NV 89135<br>Tel:   (702) 851-0300<br>Fax:   (702) 851-03315<br>Email: sst@paynefears.com<br>         sjo@paynefears.com | ***Attorneys for Plaintiff and Counter-Defendant, PN II, Inc.*** |
| Camilla J. Dudley (*Pro Hac Vice*)<br>Daniel L. Rasmussen (*Pro Hac Vice*)<br>PAYNE & FEARS LLP<br>4 Park Plaza, Suite 1100<br>Irvine, CA 92614<br>Tel:   (949) 797-1239<br>Tel:   (949) 797-1250<br>Email: cjd@paynefears.com<br>         dlr@paynefears.com | |
| Thomas Friedman<br>BROWN, BONN & FRIEDMAN, LLP<br>5528 S. Fort Apache Rd.<br>Las Vegas, NV 89148<br>Tel:   (702) 942-3900<br>Fax:   (702) 942-3901<br>Email: tfriedman@brownbonn.com | ***Attorneys for Defendant, Counter-Claimant and Third-Party Plaintiff National Fire & Marine Insurance Company*** |
| Martin L. Shives<br>SHIVES & ASSOCIATED LTD.<br>7473 W. Lake Mead Blvd., Suite 100<br>Las Vegas, NV 89128<br>Tel:   (702) 562-8188<br>Fax:   (702) 562-8189<br>Email: martinshives@summers-shives.com | |
| Marcellus McRae<br>Deborah L. Stein<br>GIBSON, DUNN & CRUTCHER<br>333 South Grand Ave.<br>Los Angeles, CA 90071-3197<br>Tel:   (213) 229-7675<br>Email: mmcrae@gibsondunn.com<br>         dstein@gibsondunn.com | |

| | |
|---|---|
| Mark R. Vonderhaar<br>MRV LAW, INC.<br>2442 4th Ave., Suite 100<br>San Diego, CA 92101<br>Tel:    (702) 851-0300<br>Fax:    (702) 851-03315<br>Email: mvonderhaar@mrvpc.com | ***Attorneys for Third-Party Defendants, Contractors Insurance Company of North America*** |

Natasha A. Landrum
LEE, LANDRUM, MARKING
& INGLE, APC
7575 Vegas Drive, Suite 150
Las Vegas, NV 89128
Tel:    (702) 880-9750
Fax:    (702) 314-1210
Email: nlandrum@lee-lawfirm.com

Amy B. Briggs
Morgan G. Churma
FARELLA BRAUN MARTEL
One Bush Street
Suite 900
San Francisco, CA 94104
Tel: (415) 954-4487
Fax: (415) 954-4480
Email: abriggs@fbm.com
           mchurma@fbm.com

CERTIFICATE OF SERVICE
3