JEFFREY N. LABOVITCH (SBN: 10915)
jlabovitch@nicolaidesllp.com
DAWN A. HOVE (*admitted pro hac vice*)
dhove@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
4250 Executive Square, Suite 540
La Jolla, CA 92037-1482
Telephone:  (858) 257-0700
Facsimile:   (858) 257-0701

MARCELLUS A. MCRAE (*admitted pro hac vice*)
mmcrae@gibsondunn.com
DEBORAH L. STEIN (*admitted pro hac vice*)
dstein@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  (213) 229-7164
Facsimile:   (213) 229-6164

THOMAS FRIEDMAN (SBN: 7708)
tfriedman@brownbonn.com
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, Nevada 89148
Telephone:  (702) 942-3900
Facsimile:   (702) 942-3901

Attorneys for Defendant,
Counterclaimant and Third-Party Plaintiff
NATIONAL FIRE & MARINE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01383-ART-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE**<br><br>Complaint filed:    July 24, 2020<br>Trial Date:           Not set<br><br>Original Hearing Date:    May 8, 2025<br>Proposed Hearing Date:   June 5, 2025 |

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>   Counter-Claimant,<br><br>v.<br><br>PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>   Counter-Defendant. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>   Third-Party Plaintiff,<br><br>v.<br><br>PN II, dba PULTE HOMES and/or DEL WEBB, a Nevada corporation; CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA, INC., a Hawaii corporation,<br><br>   Third-Party Defendants. | |

Defendant/Counter-Claimant/Third-Party Plaintiff National Fire & Marine Insurance Company ("National Fire"), Plaintiffs/Counter-Defendants PN II, Inc. dba Pulte Homes and Del Webb (collectively "Pulte"), and Third-Party Defendant Contactors Insurance Company of North America ("CICNA"), by and through their respective counsel of record, hereby STIPULATE and agree, subject to this Court's approval, that the current hearing on National Fire's Motion to Reopen Discovery (ECF 185) (the "Motion") be continued to June 5, 2025 (if possible, in the afternoon).

Last week, the Court issued a minute order scheduling a hearing on the Motion for May 8, 2025 at 2 p.m. before Magistrate Judge Weksler (ECF 197). Because lead counsel for National Fire was already scheduled to appear that afternoon in another courts, the parties conferred on potential alternative hearing dates (which, as of May 2, the parties understood the Court had available). Counsel for Pulte and CICNA agreed to accommodate a continued hearing date. In light of scheduling conflicts for counsel for Pulte and CICNA (including conflicts with dispositive motion hearings), the first available date on which the parties and the Court could hold the hearing is June 5, 2025, at a time convenient for the Court.

In accordance with LR IA 6-1, there have been no prior extensions to continue the hearing on National Fire's Motion to Reopen Discovery.

**IT IS SO STIPULATED.**

Dated:  May 5, 2025                    NICOLAIDES FINK THORPE
                                        MICHAELIDES SULLIVAN LLP

                                        By: _____/s/ Dawn A. Hove_____
                                                Jeffrey N. Labovitch
                                                Dawn A. Hove
                                        Attorneys for Defendant, Counterclaimant
                                        and Third-Party Plaintiff National Fire &
                                        Marine Insurance Company

| | | |
|---|---|---|
| Dated: May 5, 2025 | | GIBSON, DUNN & CRUTCHER LLP |
| | By: | /s/ Deborah L. Stein |
| | | Marcellus A. McRae |
| | | Deborah L. Stein |
| | | Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff National Fire & Marine Insurance Company |
| Dated: May 5, 2025 | | BROWN, BONN & FRIEDMAN, LLP |
| | By: | /s/ Thomas Friedman |
| | | Thomas Friedman |
| | | Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff National Fire & Marine Insurance Company |
| Dated: May 5, 2025 | | PAYNE & FEARS LLP |
| | By: | /s/ Sarah J. Odia |
| | | Scott S. Thomas |
| | | Sarah J. Odia |
| | | Attorneys for Plaintiff and Counter-Defendant PN II, Inc. dba Pulte Homes and/or Del Webb |
| Dated: May 5, 2025 | | MRV LAW, INC. |
| | By: | /s/ Mark R. VonderHaar |
| | | Mark R. VonderHaar |
| | | Attorneys for Third-Party Defendants Contractors Insurance Company of North America |
| Dated: May 5, 2025 | | LEE LANDRUM & INGLE, APC |
| | By: | /s/ Natasha Landrum |
| | | Natasha Landrum |
| | | Attorneys for Third-Party Defendants Contractors Insurance Company of North America |

Dated: May 5, 2025

FARELLA BRAUN MARTEL

By: */s/ Amy B. Briggs*
Amy B. Briggs
Morgan G. Churma
Attorneys for Third-Party Defendants
Contractors Insurance Company of North America (*pro hac vice application pending*)

## STATEMENT OF AUTHORITY TO FILE

I attest that all signatories on this document and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing of this document.

By: */s/ Dawn A. Hove*
Dawn A. Hove

# **ORDER**

IT IS SO ORDERED. The hearing on National Fire's Motion to Reopen Discovery (ECF 185) is continued to June 5, 2025 at 2:00pm

DATED: 5/6/2025

_____
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

*PN II, Inc. dba Pulte Homes and/or Del Webb v. National Fire & Marine Insurance Company, et al.*
*United States District Court, District of Nevada, Case No. 2:20-CV-01383*

I HEREBY CERTIFY that on this 5th day of May 2025, a true and correct copy of **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE** was served by electronically transmitting the document(s) listed above to the e-mail address(es) set forth in the attached Service List:

_____
Monica Sigala

## SERVICE LIST

| | |
|---|---|
| Scott S. Thomas<br>Sarah J. Odia<br>PAYNE & FEARS LLP<br>1980 Festival Plaza Drive, Suite 290<br>Las Vegas, NV 89135<br>Tel:   (702) 851-0300<br>Fax:   (702) 851-03315<br>Email: sst@paynefears.com<br>           sjo@paynefears.com | ***Attorneys for Plaintiff and<br>Counter-Defendant, PN II, Inc.*** |
| Camilla J. Dudley (*Pro Hac Vice*)<br>Daniel L. Rasmussen (*Pro Hac Vice*)<br>PAYNE & FEARS LLP<br>4 Park Plaza, Suite 1100<br>Irvine, CA 92614<br>Tel:   (949) 797-1239<br>Tel:   (949) 797-1250<br>Email: cjd@paynefears.com<br>           dlr@paynefears.com | |
| Thomas Friedman<br>BROWN, BONN & FRIEDMAN, LLP<br>5528 S. Fort Apache Rd.<br>Las Vegas, NV 89148<br>Tel:   (702) 942-3900<br>Fax:   (702) 942-3901<br>Email: tfriedman@brownbonn.com | ***Attorneys for Defendant, Counter-<br>Claimant and Third-Party Plaintiff<br>National Fire & Marine Insurance<br>Company*** |
| Martin L. Shives<br>SHIVES & ASSOCIATED LTD.<br>7473 W. Lake Mead Blvd., Suite 100<br>Las Vegas, NV 89128<br>Tel:   (702) 562-8188<br>Fax:   (702) 562-8189<br>Email: martinshives@summers-shives.com | |
| Marcellus McRae<br>Deborah L. Stein<br>Katherine Maddox Davis<br>GIBSON, DUNN & CRUTCHER<br>333 South Grand Ave.<br>Los Angeles, CA 90071-3197<br>Tel:   (213) 229-7675<br>Email: mmcrae@gibsondunn.com<br>           dstein@gibsondunn.com<br>           kdavis@gibsondunn.com | |

| | | |
|---|---|---|
| 1 | Mark R. Vonderhaar<br>MRV LAW, INC.<br>2442 4th Ave., Suite 100<br>San Diego, CA 92101<br>Tel:   (702) 851-0300<br>Fax:  (702) 851-03315<br>Email: mvonderhaar@mrvpc.com | **Attorneys for Third-Party Defendants, Contractors Insurance Company of North America** |

Natasha A. Landrum
LEE, LANDRUM, MARKING
& INGLE, APC
7575 Vegas Drive, Suite 150
Las Vegas, NV 89128
Tel:   (702) 880-9750
Fax:  (702) 314-1210
Email: nlandrum@lee-lawfirm.com

Amy B. Briggs
Morgan G. Churma
FARELLA BRAUN MARTEL
One Bush Street
Suite 900
San Francisco, CA 94104
Tel:   (415) 954-4487
Fax:  (415) 954-4480
Email: abriggs@fbm.com
       mchurma@fbm.com

CERTIFICATE OF SERVICE
3