**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>             Plaintiff,<br>   v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No. 2:20-cv-01383-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION AND ORDER TO EXTEND PRE-TRIAL ORDER DEADLINE**<br><br>**(Fifth Request)** |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>             Counter-Claimant,<br>   v.<br><br>PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>             Counter-Defendant. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>             Third-Party Plaintiff,<br>   v.<br><br>PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation; CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA, INC., a Hawaii corporation, | |

Case No. 2:20-cv-01383-ART-BNW

|   |
|---|
| Third-Party Defendants. |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs/Counter-Defendants PN II, Inc. dba Pulte Homes and Del Webb (collectively, "Pulte"), Defendant/Counter-Claimant/Third-Party Plaintiff National Fire & Marine Insurance Company ("National Fire"), and Third-Party Defendant Contactors Insurance Company of North America ("CICNA"), by and through their respective counsel of record, hereby stipulate to extend the deadline to file a joint pre-trial order, currently due on August 20, 2025 (ECF No. 157),[1] by thirty (30) days, to September 22, 2025. The parties request this brief extension so that they can modify the joint pre-trial order that the parties had been working on—including deposition designations and exhibit lists—based upon the Court's recent ruling on Pulte and CICNA's motions in limine, which addressed the scope of the trial (ECF No. 206).

In accordance with LR IA 6-1, this is the fifth request to extend the joint pre-trial order deadline. The initial deadline was suspended pursuant to L.R. 26-1, upon request of the parties, because dispositive motions were filed. ECF 112; *see* L.R. 26-1(b)(5) ("If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order."). Following disposition of the parties' summary judgment motions, the parties agreed that they required additional time to complete the pre-trial order, and the Court entered an order moving the deadline until 30 days after completion of the settlement conference. The parties then asked the Court to suspend the joint pre-trial order deadline until the Court ruled upon Pulte's motion to dismiss certain claims and Pulte and CICNA's motions in limine which addressed the scope of the trial. The order on Pulte's motion to

---

[1] On December 13, 2024 the Court entered an order extending the deadline to file the joint pre-trial order to 30-days after the Court rules upon Pulte's pending Motion to Dismiss (ECF No. 146) and CICNA and Pulte's motions in limine regarding the scope of the trial. The Court ruled on the last of those motions on July 21, 2025 (ECF No. 206).

-2-  Case No. 2:20-cv-01383-ART-BNW

dismiss was entered on May 29, 2025 (ECF No. 202). The ruling on Pulte and CICNA's motions in limine was entered on July 21, 2025 (ECF No. 206).

In light of the Court's recent ruling on CICNA's and Pulte's motions in limine, which resolved a disagreement regarding the scope of evidence at trial, the parties anticipate significant material modifications to their working draft of the pre-trial order (including deposition designations and exhibit lists). Accordingly, the parties hereby agree to a brief 30-day extension of the joint pre-trial order deadline to September 22, 2025.

IT IS SO STIPULATED.

DATED: July 31, 2025　　　　　　　　　PAYNE & FEARS LLP

　/s/ Sarah J. Odia
Sarah J. Odia
Daniel L. Rasmussen
Camilla J. Dudley

Attorneys for Plaintiff/Counter-Defendant PN II, Inc.

DATED: July 31, 2025　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP

　/s/ Deborah L. Stein
Marcellus A. McRae
Deborah L. Stein

Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff National Fire & Marine Insurance Company

DATED: July 31, 2025　　　　　　　　　FARELLA BRAUN & MARTEL

　/s/ Amy Briggs
Amy Briggs

Attorneys for Third-Party Defendant Contactors Insurance Company of North America

/ / /

/ / /

**ORDER**

IT IS SO ORDERED. The deadline for the joint pre-trial order is continued 30 days to September 22, 2025.

DATED: August 4, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE