PAYNE & FEARS LLP
ATTORNEYS AT LAW
1980 FESTIVAL PLAZA DRIVE, SUITE 290
LAS VEGAS, NEVADA 89135
(702) 851-0300

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>   Plaintiff,<br>  v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 2:20-cv-01383-ART-BNW<br><br>**ORDER TO EXTEND PRE-TRIAL ORDER DEADLINE**<br><br>**[FILED IN ACCORDANCE WITH ECF NO. 211]**<br><br>**(Sixth Request)** |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>   Counter-Claimant,<br>  v.<br><br>PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>   Counter-Defendant. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>   Third-Party Plaintiff,<br>  v.<br><br>PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation; CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA, INC., a Hawaii | |

Case No. 2:20-cv-01383-ART-BNW

1 | corporation,
2 |         Third-Party Defendants.

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Plaintiffs/Counter-Defendants PN II, Inc. dba Pulte Homes and Del Webb (collectively, "Pulte"), Defendant/Counter-Claimant/Third-Party Plaintiff National Fire & Marine Insurance Company ("National Fire"), and Third-Party Defendant Contactors Insurance Company of North America ("CICNA"), by and through their respective counsel of record, hereby stipulate to extend the deadline to file a joint pre-trial order, currently due on September 22, 2025 (ECF No. 210), to October 24, 2025. The parties request this brief extension due to Magistrate Judge Weksler's August 5, 2025 ruling on Pulte's Motion in Limine to Exclude Tom Mortland as a Trial Witness (ECF No. 184). Magistrate Judge Weksler denied the motion, but ordered the parties to meet and confer regarding a date for Mr. Mortland's deposition that had been offered by National Fire and advised that the Court would likely extend the deadline to file the joint pretrial order due to Mr. Mortland's deposition. (*See* ECF No. 211).

    The parties have met and conferred and have agreed that Mr. Mortland's deposition will go forward on September 19, 2025 in Omaha, Nebraska. The parties' joint pretrial order is currently due on September 22, 2025. The parties request an extension to October 24, 2025 to file the joint pretrial order to allow for transcription of the deposition and modification of the draft pretrial order necessitated by Mr. Mortland's testimony.

    In accordance with LR IA 6-1, this is the sixth request to extend the joint pre-trial order deadline. The initial deadline was suspended pursuant to L.R. 26-1, upon request of the parties, because dispositive motions were filed. ECF 112; *see* L.R. 26-1(b)(5) ("If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order."). Following disposition of the parties' summary judgment motions, the parties agreed that they required additional time to complete the pre-trial order, and the Court entered an order moving the deadline until 30 days after completion of the

1  settlement conference. The parties then asked the Court to suspend the joint pre-trial order
2  deadline until the Court ruled upon Pulte's motion to dismiss certain claims and Pulte and
3  CICNA's motions in limine which addressed the scope of the trial. The order on Pulte's motion to
4  dismiss was entered on May 29, 2025 (ECF No. 202). The ruling on Pulte and CICNA's motions
5  in limine was entered on July 21, 2025 (ECF No. 206). The parties stipulated to continue the joint
6  pretrial order deadline to September 22, 2025. (ECF No. 210). Pulte's Motion in Limine to
7  Exclude Tom Mortland as a Trial Witness was denied on August 5, 2025 (ECF No. 211), and the
8  parties agreed to schedule Mr. Mortland's deposition for September 19, 2025, which may require
9  additional revisions to the joint pre-trial order.

10       In light of the Court's recent ruling on Pulte's motion, the parties anticipate that Mr.
11 Mortland's deposition may result in modifications to pre-trial order. Accordingly, the parties
12 hereby agree to a brief extension of the joint pre-trial order deadline to October 24, 2025.
13       IT IS SO STIPULATED.

DATED: August 14, 2025                    PAYNE & FEARS LLP

                                          /s/ Sarah J. Odia
                                          Sarah J. Odia
                                          Daniel L. Rasmussen
                                          Camilla J. Dudley

                                          Attorneys for Plaintiff/Counter-Defendant PN II, Inc.

DATED: August 14, 2025                    GIBSON, DUNN & CRUTCHER LLP

                                          /s/ Deborah L. Stein
                                          Marcellus A. McRae
                                          Deborah L. Stein

                                          Attorneys for Defendant, Counterclaimant
                                          and Third-Party Plaintiff National Fire &
                                          Marine Insurance Company

PAYNE & FEARS LLP
ATTORNEYS AT LAW
1980 FESTIVAL PLAZA DRIVE, SUITE 290
LAS VEGAS, NEVADA 89135
(702) 851-0300

| | | |
|---|---|---|
| DATED: August 14, 2025 | | FARELLA BRAUN & MARTEL |

          /s/ Amy Briggs
                        Amy Briggs

Attorneys for Third-Party Defendant
Contactors Insurance Company of North America

### ORDER

IT IS SO ORDERED. The deadline for the joint pre-trial order is continued to October 24, 2025.

DATED:    8/15/2025

_____
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August, 2025, a true and correct copy of **REPORT TO THE COURT REGARDING SCHEDULING OF DEPOSITION AND STIPULATION AND [PROPOSED] ORDER TO EXTEND PRE-TRIAL ORDER DEADLINE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

                                        */s/ Jennifer Stephens*
                                        Jennifer Stephens, an Employee of
                                        PAYNE & FEARS LLP

4923-9328-7263.1