1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01383-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND PRE-TRIAL ORDER DEADLINE**<br><br>**(Seventh Request)**<br><br>Complaint filed:   July 24, 2020<br>Trial Date:         Not set |

| | |
|---|---|
| 1 | NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company, |
| 2 | |
| 3 | Counter-Claimant, <br> v. |
| 4 | PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation, |
| 5 | |
| 6 | Counter-Defendant. |
| 7 | NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company, |
| 8 | |
| 9 | Third-Party Plaintiff, |
| 10 | v. |
| 11 | PN II, dba PULTE HOMES and/or DEL WEBB, a Nevada corporation; CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA, INC., a Hawaii corporation, |
| 12 | |
| 13 | |
| 14 | Third-Party Defendants. |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs/Counter-Defendants PN II, Inc. dba Pulte Homes and Del Webb (collectively, "Pulte"), Defendant/Counter-Claimant/Third-Party Plaintiff National Fire & Marine Insurance Company ("National Fire"), and Third-Party Defendant Contactors Insurance Company of North America ("CICNA"), by and through their respective counsel of record, hereby stipulate to extend the deadline to file a joint pre-trial order, currently due on October 24, 2025 (ECF No. 213), to November 21, 2025. The parties request this brief extension because, while the parties have continued to work diligently together on the joint pre-trial order, including internally exchanging proposed joint statements of the case, stipulated facts, lists of issues of fact to be tried, three separate exhibit lists (proposed by each party), and 15 volumes of deposition designations, additional time is needed to allow the parties to continue to complete counter-designations and objections to both the voluminous deposition designations and the three exhibit lists. Further, additional time is needed to allow the parties to continue their meet-and-confer efforts regarding the three exhibit lists, objections to the exhibits and deposition designations, the approach to additional deposition designations should other witnesses be unavailable for trial, the joint statement of the case, and stipulated facts.

Moreover, on October 7, 2025, Pulte and CICNA took the deposition of Tom Mortland in Omaha, Nebraska, following Magistrate Judge Weksler's August 5, 2025 ruling on Pulte's Motion *in Limine* to Exclude Tom Mortland as a Trial Witness (ECF No. 211), which impacted and will continue to impact the parties' ability to prepare the joint pre-trial order while the transcript is being prepared.

The parties' joint pre-trial order is currently due on October 24, 2025. The parties request an extension to November 21, 2025 to file the joint pre-trial order to allow for transcription of the deposition of Mr. Mortland's testimony and to allow the parties to continue to negotiate potential stipulations, continue to prepare counter-deposition designations, and to continue to prepare objections to the parties' proposed exhibits and deposition designations.

/ / /

In accordance with LR IA 6-1, this is the seventh request to extend the joint pre-trial order deadline. The initial deadline was suspended pursuant to L.R. 26-1, upon request of the parties, because dispositive motions were filed. ECF 112; *see* L.R. 26-1(b)(5) ("If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order."). Following disposition of the parties' summary judgment motions, the parties agreed that they required additional time to complete the pre-trial order, and the Court entered an order moving the deadline until 30 days after completion of the settlement conference. The parties then asked the Court to suspend the joint pre-trial order deadline until the Court ruled upon Pulte's motion to dismiss certain claims and Pulte and CICNA's motions *in limine* which addressed the scope of the trial. The order on Pulte's motion to dismiss was entered on May 29, 2025 (ECF No. 202). The ruling on Pulte and CICNA's motions *in limine* was entered on July 21, 2025 (ECF No. 206). The parties stipulated to continue the joint pretrial order deadline to September 22, 2025 (ECF No. 210). Pulte's Motion in Limine to Exclude Tom Mortland as a Trial Witness was denied on August 5, 2025 (ECF No. 211), and the parties agreed to schedule Mr. Mortland's deposition and requested the court extend the deadline for the pre-trial order to October 24, 2025 (ECF No. 213).

In light of the Court's recent completion of the deposition of Mr. Mortland on October 7, 2025, and the parties' continued meet-and-confer efforts regarding the draft pre-trial order contents, the parties hereby agree to a brief extension of the joint pre-trial order deadline to November 21, 2025.

**IT IS SO STIPULATED.**

Dated: October 15, 2025

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP

By: _____/s/ Dawn A. Hove_____
     Jeffrey N. Labovitch
     Dawn A. Hove
     Attorneys for Defendant, Counterclaimant and
     Third-Party Plaintiff NATIONAL FIRE &
     MARINE INSURANCE COMPANY

| | | |
|---|---|---|
| 1 | Dated: October 15, 2025 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | By: /s/ Deborah L. Stein |
| 3 | | Marcellus A. McRae |
| 4 | | Deborah L. Stein |
| | | Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff NATIONAL FIRE & MARINE INSURANCE COMPANY |

Dated: October 15, 2025     BROWN, BONN & FRIEDMAN, LLP

By:     /s/ Thomas Friedman
         Thomas Friedman
Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff NATIONAL FIRE & MARINE INSURANCE COMPANY

Dated: October 15, 2025     PAYNE & FEARS LLP

By:     /s/ Sarah J. Odia
         Scott S. Thomas
         Sarah J. Odia
         Daniel L. Rasmussen
         Camilla J. Dudley
Attorneys for Plaintiff and Counter-Defendant PN II, INC. dba PULTE HOMES and/or DEL WEBB

Dated: October 15, 2025     MRV LAW, INC.

By:     /s/ Mark R. VonderHaar
         Mark R. VonderHaar
Attorneys for Third-Party Defendants CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA

Dated: October 15, 2025     FARELLA BRAUN MARTEL

By:     /s/ Amy B. Briggs
         Amy B. Briggs
         Morgan G. Churma
Attorneys for Third-Party Defendants CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA

**STATEMENT OF AUTHORITY TO FILE**

I attest that all signatories on this document and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing of this document.

By: _/s/ Dawn A. Hove_
Dawn A. Hove

# ORDER

IT IS SO ORDERED. The deadline for the joint pre-trial order is continued to November 21, 2025.

DATED: October 15, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE