**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-01383-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE REGARDING MOTIONS IN LIMINE AND FOR LEAVE TO FILE REPLY BRIEFS** |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>    Counter-Claimant,<br>    v.<br><br>PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>    Counter-Defendant. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>    Third-Party Plaintiff,<br>    v.<br><br>PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation; CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA, INC., a Hawaii | |

-1-

1  corporation,
2           Third-Party Defendants.
3
4  **TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS**
5  **OF RECORD:**
6           Plaintiffs/Counter-Defendants PN II, Inc. dba Pulte Homes and Del Webb ("Pulte"),
7  Defendant/Counter-Claimant/Third-Party Plaintiff National Fire & Marine Insurance Company
8  ("National Fire"), and Third-Party Defendant Contactors Insurance Company of North America
9  ("CICNA"), by and through their respective counsel of record, hereby stipulate—subject to this
10 Court's approval—to extend the deadline to file responses and replies to (1) National Fire &
11 Marine Insurance Company's Motion in Limine to Exclude References By Parties to the Court's
12 Summary-Judgment Order ("NFM's MIL"), filed on November 21, 2025 (ECF 216) and
13 (2) Pulte's Motion in Limine to Preclude the Bankruptcy Order Lifting Stay ("Pulte's MIL"),
14 which will be filed on December 3, 2025 (together, the "Motions"). The parties also respectfully
15 request leave to file reply briefs in support of both Motions for good cause given the importance of
16 the Motions to the scope of trial and issues being tried. The parties propose the following briefing
17 schedules:
18           **National Fire's MIL (ECF 216)**:
19                 Motion Filed: November 21, 2025
20                 Oppositions Due: December 12, 2025
21                 Reply Brief Due: January 7, 2026
22           **Pulte's MIL (to be filed by Wednesday, December 3, 2025)**:
23                 Motion Filed: by Wednesday, December 3, 2025
24                 Oppositions Due: December 23, 2025
25                 Reply Brief Due: January 14, 2026
26        This is the first request for an extension specific to the briefing on these Motions.
27        The parties have met and conferred regarding their respective schedules and agreed to
28 extend the deadlines for each motion in limine due to the parties' schedules and the upcoming

1  holidays.  Finally, and further subject to this Court's approval, the parties stipulate and agree that
2  the requested extensions are being made without prejudice to other orders previously made or to
3  be made by the Court.
4          In accordance with LR IA 6-1, there have been no prior extensions solely to extend the
5  briefing on these motions in limine.
6          IT IS SO STIPULATED.

7  DATED: December 3, 2025                PAYNE & FEARS LLP

                                          /s/ Sarah J. Odia
                                          Sarah J. Odia
                                          Daniel L. Rasmussen
                                          Camilla J. Dudley

                                          Attorneys for Plaintiff/Counter-Defendant PN II, Inc.

13 DATED: December 3, 2025                GIBSON, DUNN & CRUTCHER LLP

                                          /s/ Deborah L. Stein
                                          Marcellus A. McRae
                                          Deborah L. Stein

                                          Attorneys for Defendant, Counterclaimant
                                          and Third-Party Plaintiff National Fire &
                                          Marine Insurance Company

20 DATED: December 3, 2025                FARELLA BRAUN & MARTEL

                                          /s/ Amy B. Briggs
                                          Amy B. Briggs
                                          Morgan G. Churma

                                          Attorneys for Third-Party Defendant
                                          Contactors Insurance Company of North
                                          America

**ORDER**

IT IS SO ORDERED. The parties may file reply briefs in support of National Fire & Marine Insurance Company's Motion in Limine to Exclude References by Parties to the Court's

Summary-Judgment Order (ECF 216) ("National Fire's MIL") and Pulte's Motion in Limine to Preclude the Bankruptcy Order Lifting Stay, which will be filed on December 3, 2025 ("Pulte's MIL").

IT IS FURTHER ORDERED that the following briefing schedule applies to the Motions in Limine:

**National Fire's MIL (ECF 216)**:

Motion Filed: November 21, 2025;

Oppositions Due: December 12, 2025

Reply Brief Due: January 7, 2026

**Pulte's MIL (to be filed by Wednesday, December 3, 2025)**:

Motion Filed: by Wednesday, December 3, 2025

Oppositions Due: December 23, 2025

Reply Brief Due: January 14, 2026

DATED:    December 5, 2025

ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE