# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>       Defendants. | Case No. 2:20-cv-01383-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE REGARDING NATIONAL FIRE & MARINE INSURANCE COMPANY'S MOTION TO PRECLUDE IRRELEVANT EVIDENCE AND ARGUMENT SEEKING TO REWRITE NATIONAL FILE'S POLICY ENDORSEMENTS EXCLUDING PULTE PROJECTS FROM COVERAGE**<br><br>**(Second Request)**<br><br>**The Hon. Anne R. Traum** |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>       Counter-Claimant,<br><br>       v.<br><br>PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,<br><br>       Counter-Defendant. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,<br><br>       Third-Party Plaintiff, | |

v.

PN II, INC. dba PULTE HOMES
and/or DEL WEBB, a Nevada
corporation; CONTRACTORS
INSURANCE COMPANY OF NORTH
AMERICA, INC., a Hawaii
corporation,

Third-Party Defendants.

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs/Counter-Defendants PN II, Inc. dba Pulte Homes and Del Webb ("Pulte"), Defendant/Counter-Claimant/Third-Party Plaintiff National Fire & Marine Insurance Company ("National Fire"), and Third-Party Defendant Contactors Insurance Company of North America ("CICNA"), by and through their respective counsel of record, hereby stipulate—subject to this Court's approval—to extend the deadline to file responses to National Fire & Marine Insurance Company's Motion to Preclude Irrelevant Evidence and Argument Seeking to Rewrite National Fire's Policy Endorsements Excluding Pulte Projects From Coverage, filed on May 6, 2026 (ECF 229). The parties propose the following briefing schedule:

- **Motion Filed: May 6, 2026**

- **Opposition Due: June 24, 2026**

- **Reply Brief Due: July 15, 2026**

In accordance with Local Rule IA 6-1, there has been one prior extension solely to extend the briefing on this motion; this is the second request for an extension specific to the briefing on this Motion. The parties are contemplating entering into a stipulation on the issues raised in the Motion that would make the Motion moot. The parties require additional time to negotiate a potential stipulation, or brief the motion if an agreement cannot be reached. Finally, and further subject to this Court's approval, the parties stipulate and agree that the requested extensions are being made without prejudice to others previously made or to be made by the Court.

/ / /

2

IT IS SO STIPULATED.

DATED:  June 10, 2026

PAYNE & FEARS LLP
Attorneys at Law

By: _____/s/ Sarah J. Odia_____
　　　　　SARAH J. ODIA

Attorneys for Plaintiff/Counter-Defendant PN II, Inc.

DATED:  June 10, 2026

GIBSON, DUNN & CRUTCHER LLP

_/s/ Deborah L. Stein_____
MARCELLUS A. McRAE
DEBORAH L. STEIN

Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff National Fire & Marine Insurance Company

DATED:  June 10, 2026

NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP

_/s/ Dawn A. Hove_____
JEFFREY N. LABOVITCH
DAWN A. HOVE

Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff National Fire & Marine Insurance Company

DATED:  June 10, 2026

FARELLA BRAUN & MARTEL

_/s/ Morgan Churma_____
AMY B. BRIGGS
MORGAN G. CHURMA

Attorneys for Third-Party Defendant Contactors Insurance Company of North America

3

## ORDER

**IT IS SO ORDERED.**  Responses to National Fire & Marine Insurance Company's Motion to Preclude Irrelevant Evidence and Argument Seeking to Rewrite National Fire's Policy Endorsements Excluding Pulte Projects From Coverage, filed on May 6, 2026 (ECF 229) are due by June 24, 2026, and reply in support of the motion is due July 15, 2026.

DATED: June 11, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

4907-9497-3875.1