**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,

Plaintiff,

v.

NATIONAL FIRE & MARINE INSURANCE COMPANY; and Does 1 through 100, inclusive,

Defendants.

Case No. 2:20-cv-01383-ART-BNW

**ORDER GRANTING**

**STIPULATION TO EXTEND BRIEFING SCHEDULE REGARDING THE PARTIES' SEPTEMBER 1, 2026 MOTIONS IN LIMINE**

**(FIRST REQUEST)**

NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,

Counterclaimant,

v.

PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation,

Counterdefendant.

NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska insurance company,

Third-Party Plaintiff,

v.

PN II, INC. dba PULTE HOMES and/or DEL WEBB, a Nevada corporation; CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA, INC., a Hawaii corporation,

Third-Party Defendants.

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs/Counter-Defendants PN II, Inc. dba Pulte Homes and Del Webb ("Pulte"), Defendant/Counter-Claimant/Third-Party Plaintiff National Fire & Marine Insurance Company ("National Fire"), and Third-Party Defendant Contactors Insurance Company of North America ("CICNA"), by and through their respective counsel of record, hereby stipulate—subject to this Court's approval—to extend the deadline to file opposition and reply briefs to the parties' motions in limine filed on September 1, 2026 pursuant to ECF 230.

The parties propose the following briefing schedule:

- Motions In Limine Filed: September 1, 2026 (pursuant to ECF 230)
- Oppositions Due: October 29, 2026
- Reply Brief Due: November 19, 2026.

Good cause exists to extend the briefing schedules for the opposition and reply briefs to the foregoing motions in limine because the parties are simultaneously briefing six motions in limine. Following the parties' August 21, 2026 meet and confer, the parties agreed it would be beneficial and economical to extend the opposition and reply brief deadlines given the parties' trial schedules.

In accordance with Local Rule IA 6-1, there have been no prior extensions solely to extend the briefing on these motions. Finally, and further subject to this Court's approval, the parties stipulate and agree that the requested extensions are being made without prejudice to others to be made by the Court.

**IT IS SO STIPULATED.**

Dated: September 2, 2026

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP

By: *__/s/ Dawn A. Hove__*
Jeffrey N. Labovitch
Dawn A. Hove
Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff National Fire & Marine Insurance Company

Dated: September 2, 2026

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Deborah L. Stein*
Marcellus A. McRae
Deborah L. Stein
Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff National Fire & Marine Insurance Company

Dated: September 2, 2026

BROWN, BONN & FRIEDMAN, LLP

By: */s/ Thomas Friedman*
Thomas Friedman
Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff National Fire & Marine Insurance Company

Dated: September 2, 2026

PAYNE & FEARS LLP

By: */s/ Scott S. Thomas*
Scott S. Thomas
Sarah J. Odia
Daniel L. Rasmussen
Camilla J. Dudley
Attorneys for Plaintiff and Counter-Defendant PN II, Inc. dba Pulte Homes and/or Del Webb

Dated: September 2, 2026

MRV LAW, INC.

By: */s/ Mark R. VonderHaar*
Mark R. VonderHaar
Attorneys for Third-Party Defendants Contractors Insurance Company of North America

Dated: September 2, 2026

FARELLA BRAUN MARTEL

By: */s/ Amy B. Briggs*
Amy B. Briggs
Morgan G. Churma
Attorneys for Third-Party Defendants Contractors Insurance Company of North America

Dated: September 2, 2026

LEE LANDRUM & INGLE, APC

By: */s/ Natasha Landrum*
Natasha Landrum
Attorneys for Third-Party Defendants Contractors Insurance Company of North America

**STATEMENT OF AUTHORITY TO FILE**

I attest that all signatories on this document and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing of this document.

By: */s/ Dawn A. Hove*
Dawn A. Hove

**ORDER**

IT IS SO ORDERED. The deadline for the opposition briefs to the motions in limine filed on September 1, 2026 pursuant to ECF 230 are due on October 29, 2026. The deadline for the reply briefs are due on November 19, 2026.

DATED: September 3, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE